**Keith Persell EDWARDS,**
**Petitioner–Appellant,**

v.

**Patricia L. CHAVIS, Respondent–**
**Appellee.**

No. 01–7612.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Keith Persell Edwards, Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Keith Persell Edwards appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Edwards v. Chavis,* No. CA–01–391–5–H (E.D.N.C. Aug. 23 & Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*